**Order entered April 18, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01621-CR
No. 05-12-01622-CR

**JOSHUA PULLIAM-ROBERTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F12-34121-J, F12-34219-J

## ORDER

The Court **GRANTS** appellant's April 4, 2013 motion to supplement the record.

We **ORDER** the Dallas County District Clerk to file a supplemental clerk's record within

**FIFTEEN DAYS** from the date of this order that contains a competency report from Dr.

Michael Pittman or written verification that you do not have the report.

We **ORDER** the Clerk of the Court to send a copy of this order to Gary Fitzsimmons,

Dallas County District Clerk, and counsel for all parties.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** from the date of this

order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE